## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-209-DSF(CW) | Date | July 14, 2008 |
|---|---|---|---|
| Title | Paul Deavenport v. Terrence Geoghegan, et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     (In Chambers)

  Pro se plaintiff's initial Complaint in this action was filed on January 16, 2007 (docket no. 2). Defendants moved to dismiss (docket no. 9, filed February 6, 2007) and plaintiff filed opposition (docket no. 13, filed February 20, 2007). In the Minute Order filed April 16, 2007 (docket no. 20), the court noted that, because of clerical error, plaintiff's First Amended Complaint ("FAC") had not been filed. The court ordered the FAC filed (as docket no. 21, filed as of February 20, 2007; ordered plaintiff to properly serve the FAC; and denied the pending motion to dismiss as moot. Plaintiff's document captioned "Compendium of Criminal Conduct . . ." was filed on April 27, 2007 (docket no. 23). Since that date no party has filed anything further in this case, or communicated with the court in any way.

  Accordingly, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, on or before July 31, 2008, as to any reason why this action should not be dismissed, without prejudice, for failure to prosecute.


cc: All Parties or Counsel