# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEAVENPORT, | No. CV 07-209-DSF(CW) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| TERENCE GEOGHEGAN, et al., | |
|     Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 8/25/08

_Dale S. Fischer_
DALE S. FISCHER
United States District Judge